**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                                    CASE NO: 18-25418-JKO
                                                                          CHAPTER 13
PATRICK J. LOUIS,

     Debtor.

_____/

**PENNYMAC CORP.'S MOTION FOR COURT APPROVAL**
**TO RELEASE EXCESS INSURANCE PROCEEDS TO DEBTOR**

     PennyMac Corp. ("Secured Creditor"), by and through its undersigned counsel, files this *Motion for Court Approval to Release Excess Insurance Proceeds to Debtor*, and in support thereof states as follows:

     1.     On December 11, 2018, Patrick J. Louis (the "Debtor") filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code.

     2.     Secured Creditor holds a security interest in the Debtor's real property located at 11037 Northwest 46th Drive, Coral Springs, FL 33076 (the "Property"), by virtue of a Mortgage which is recorded in Official Records Book 40249, at Page 1337, of the Public Records of Broward County, Florida (the "Mortgage").

     3.     Secured Credit received insurance claim funds of $30,243.15 for damage sustained to the Property.

     4.     The repairs to the Property have now been 100% completed.  The total for the repairs was $21,000.00.  All disbarments for repairs have been completed as well.

     5.     Secured Creditor holds $9,243.15 in funds and hereby seeks the Court's approval to allow the remaining funds to be disbursed directly to the Debtor.

     6.     No schedules or Chapter 13 Plan have been filed at this time.

**WHEREFORE**, Secured Creditor prays that this Court will enter an Order Granting the Motion for Court Approval to Release Excess Insurance Funds to and for such other and further relief as the Court may deem just and proper.

BROCK & SCOTT, PLLC
Attorney for Secured Creditor
2001 Northwest 64th Street, Suite 130
Fort Lauderdale, FL 33309
Phone: (954) 618-6955 Ext: 4773
Fax: 954-618-6954
Floridabklegal@Brockandscott.com

/s/ Teresa M. Hair
_____
TERESA M. HAIR, ESQUIRE
Florida Bar No. 44079

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: Patrick J. Louis, 4725 NW 5 St., Plantation, FL 33317; Lloyd A Baron, 10100 West Sample Road, Suite 407, Coral Springs, FL 33065; Robin R Weiner, POB 559007, Fort Lauderdale, FL 33355; Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this 31st day of December, 2018.

BROCK & SCOTT, PLLC
Attorney for Secured Creditor
2001 Northwest 64th Street, Suite 130
Fort Lauderdale, FL 33309
Phone: (954) 618-6955 Ext: 4773
Fax: 954-618-6954
Floridabklegal@Brockandscott.com

/s/ Teresa M. Hair
_____
TERESA M. HAIR, ESQUIRE
Florida Bar No. 44079